IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER                                                PLAINTIFF
ADC #114018

v.                              No. 3:19-cv-333-DPM

ERNEST WARD, Detective,
Jonesboro Police Department,
and CITY OF JONESBORO,
ARKANSAS                                                        DEFENDANTS

## ORDER

Webster hasn't paid the filing and administrative fees in this case. And a motion to proceed *in forma pauperis* would be futile because Webster is a three-striker. Before filing this lawsuit, he had at least three cases dismissed for failing to state a claim. *E.g., Webster v. Does*, 3:19-cv-59-DPM; *Webster v. Pigg*, 3:19-cv-60-DPM; *Webster v. Day Inn Motels, Inc., et al.*, 3:19-cv-78-DPM. And nothing in Webster's new complaint suggests he's currently in imminent danger of serious physical injury. № 1; 28 U.S.C. § 1915(g).

Webster's complaint will be dismissed without prejudice. If Webster wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen the case by 19 December 2019. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 November 2019