IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARY LEON WEBSTER
ADC #114018                                                            PLAINTIFF

v.                         No. 3:19-cv-333-DPM

ERNEST WARD, Detective,
Jonesboro Police Department,
and CITY OF JONESBORO,
ARKANSAS                                                              DEFENDANTS

## JUDGMENT

Webster's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 November 2019